IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                    NO. 3:22-CR-094-X

LOUIS CHARLES WASHINGTON III (2)

## MOTION FOR DETENTION AND CONTINUANCE

The United States moves for detention of above-named defendant pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    __X__ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    __X__ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

     \_\_\_ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

     <u> X </u>  Defendant's appearance as required

     <u> X </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States **will** invoke the rebuttable presumption against defendant because (check one or both):

     <u> X </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

     \_\_\_\_\_  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

     \_\_\_\_\_  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

     \_\_\_\_\_  Previous conviction for "eligible" offense committed while on pretrial bond

     \_\_\_  Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

     \_\_\_\_\_  At first appearance

     <u> X </u>  After continuance of <u>  3  </u> days (not more than 3).

**Motion for Detention - Page 2**

April 1, 2022.

          Respectfully submitted,

          CHAD E. MEACHAM
          UNITED STATES ATTORNEY

          */s Suzanna O. Etessam*
          _____
          SUZANNA O. ETESSAM
          Assistant United States Attorney
          Bar No. 17572420
          1100 Commerce Street, Third Floor
          Dallas, Texas 75242-1699
          Telephone: 214-659-8643
          Facsimile:  214-659-8803
          Email: Suzanna.Etessam@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on April 1, 2022.

          */s Suzanna O. Etessam*
          _____
          SUZANNA O. ETESSAM
          Assistant United States Attorney